# EXHIBIT A

# Vault Comics

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL116678 | VAULT 2019 PROMO BONDING (NET) | 3205 | VAULT COMICS | 13 | RETAILERS SALES TOOLS | 12,512 |
| STL149184 | FCBD 2020 BRANDON SANDERSON DA | 3205 | VAULT COMICS | 13 | RETAILERS SALES TOOLS | 4,914 |
| STL197268 | HELLO MY NAME IS POOP ORIGINAL | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 3,544 |
| STL214037 | POIKOS QUESTS & STUFF TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 3,079 |
| STL158423 | VAGRANT QUEEN #1 TV TIE IN EDI | 3205 | VAULT COMICS | 1 | COMICS | 2,853 |
| STL302027 | FCBD 2024 DYING INSIDE (Net) ( | 3205 | VAULT COMICS | 13 | RETAILERS SALES TOOLS | 2,131 |
| STL233928 | BROTHERS FLICK IMPOSSIBLE DOOR | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,973 |
| STL076372 | STALAG X HC (MR) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,761 |
| STL213549 | WRASSLE CASTLE BOOK 02 RIDERS | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,441 |
| STL175942 | DEVILS RED BRIDE TP (RES) (MR) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,288 |
| STL144377 | MONEY SHOT #5 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 1,285 |
| STL170618 | I WALK WITH MONSTERS #2 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 1,155 |
| STL113490 | INTERCEPTOR TP VOL 01 (C: 0-1- | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,020 |
| STL162310 | MONEY SHOT #8 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 1,007 |
| STL136630 | CULT CLASSIC CREATURE FEATURE | 3205 | VAULT COMICS | 1 | COMICS | 954 |
| STL152932 | PLOT #1 B&W DELUXE EDITION (MR | 3205 | VAULT COMICS | 1 | COMICS | 949 |
| STL302032 | BARBARIC BORN IN BLOOD #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 949 |
| STL170608 | DARK INTERLUDE #2 CVR A KRISTA | 3205 | VAULT COMICS | 1 | COMICS | 933 |
| STL124100 | TEST #2 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 839 |
| STL251362 | BARBARIC HELL TO PAY #1 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 823 |
| STL141702 | MONEY SHOT #4 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 797 |
| STL170619 | I WALK WITH MONSTERS #2 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 778 |
| STL193731 | LAST BOOK YOULL EVER READ #2 C | 3205 | VAULT COMICS | 1 | COMICS | 770 |
| STL222885 | BARBARIC HARVEST BLADES ONE SH | 3205 | VAULT COMICS | 1 | COMICS | 745 |
| STL166993 | GIGA #2 CVR A LE | 3205 | VAULT COMICS | 1 | COMICS | 718 |
| STL233904 | BARBARIC AXE TO GRIND #2 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 698 |
| STL152139 | MONEY SHOT #2 2ND PTG (MR) | 3205 | VAULT COMICS | 1 | COMICS | 696 |
| STL184204 | RADIO APOCALYPSE #2 CVR A RADH | 3205 | VAULT COMICS | 1 | COMICS | 691 |
| STL112839 | FEARSCAPE #2 (2ND PTG) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 687 |
| STL199975 | LAST BOOK YOULL EVER READ #4 C | 3205 | VAULT COMICS | 1 | COMICS | 675 |
| STL197267 | UNFINISHED CORNER ORIGINAL GN | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 650 |
| STL187525 | FCBD 2021 VAMPIRE THE MASQUERA | 3205 | VAULT COMICS | 13 | RETAILERS SALES TOOLS | 650 |
| STL197272 | LAST BOOK YOULL EVER READ #3 C | 3205 | VAULT COMICS | 1 | COMICS | 637 |
| STL122246 | QUEEN OF BAD DREAMS TP VOL 01 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 600 |
| STL222914 | VERSE GN BOOK 02 SECOND GATE ( | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 599 |
| STL193732 | LAST BOOK YOULL EVER READ #2 C | 3205 | VAULT COMICS | 1 | COMICS | 583 |
| STL190193 | BARBARIC #2 CVR A GOODEN | 3205 | VAULT COMICS | 1 | COMICS | 573 |
| STL316591 | BARBARIC TP VOL 01 MURDERABLE | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 554 |
| STL156797 | SERA & ROYAL STARS TP VOL 02 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 543 |
| STL175485 | I WALK WITH MONSTERS #3 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 536 |
| STL222888 | BARBARIC HARVEST BLADES ONE SH | 3205 | VAULT COMICS | 1 | COMICS | 531 |
| STL124099 | SHE SAID DESTROY #3 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 527 |
| STL227473 | KENZIES KINGDOM TP (C: 0-1-1) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 520 |
| STL149166 | BLACK STARS ABOVE #5 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 513 |
| STL135802 | RELICS OF YOUTH TP COMPLETE (C | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 512 |
| STL099608 | WASTED SPACE #2 2ND PTG (MR) | 3205 | VAULT COMICS | 1 | COMICS | 505 |
| STL152141 | MONEY SHOT #3 2ND PTG (MR) | 3205 | VAULT COMICS | 1 | COMICS | 504 |
| STL152130 | MONEY SHOT #1 (3RD PTG) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 503 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL116287 | QUEEN OF BAD DREAMS #2 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 495 |
| STL112837 | FEARSCAPE #1 (3RD PTG) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 487 |
| STL170609 | DARK INTERLUDE #2 CVR B ISAACS | 3205 | VAULT COMICS | 1 | COMICS | 486 |
| STL184210 | MONEY SHOT #11 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 481 |
| STL336568 | LILITH #1 CVR J FOC BLACK BAG | 3205 | VAULT COMICS | 1 | COMICS | 473 |
| STL197259 | WRASSLE CASTLE GN BOOK 01 LEAR | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 470 |
| STL251363 | BARBARIC HELL TO PAY #1 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 460 |
| STL133641 | PLOT #2 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 455 |
| STL124101 | QUEEN OF BAD DREAMS #3 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 451 |
| STL129179 | TEST TP VOL 01 (MR) (C: 0-1-2) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 450 |
| STL161624 | NO ONES ROSE TP (C: 0-1-2) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 447 |
| STL270510 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 443 |
| STL197265 | VERSE GN BOOK 01 BROKEN HALF | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 433 |
| STL199844 | BARBARIC #3 CVR C BLACK BAG VA | 3205 | VAULT COMICS | 1 | COMICS | 430 |
| STL133093 | THESE SAVAGE SHORES #4 (2ND PT | 3205 | VAULT COMICS | 1 | COMICS | 412 |
| STL247689 | WEST OF SUNDOWN #7 CVR A CAMPB | 3205 | VAULT COMICS | 1 | COMICS | 411 |
| STL099603 | WASTED SPACE #1 3RD PTG (MR) | 3205 | VAULT COMICS | 1 | COMICS | 393 |
| STL175943 | SPREE TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 385 |
| STL174282 | DEVILS RED BRIDE #4 CVR A BIVE | 3205 | VAULT COMICS | 1 | COMICS | 383 |
| STL197273 | LAST BOOK YOULL EVER READ #3 C | 3205 | VAULT COMICS | 1 | COMICS | 383 |
| STL314106 | UNNATURAL ORDER TP VOL 01 (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 378 |
| STL229752 | WRASSLE CASTLE GN BOOK 03 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 369 |
| STL190194 | BARBARIC #2 CVR B HIXSON | 3205 | VAULT COMICS | 1 | COMICS | 366 |
| STL186539 | MONEY SHOT #12 CVR A LAYNE (MR | 3205 | VAULT COMICS | 1 | COMICS | 363 |
| STL180240 | I WALK WITH MONSTERS #4 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 361 |
| STL144374 | BLACK STARS ABOVE #4 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 360 |
| STL099600 | SUBMERGED #1 (OF 4) 2ND PTG (M | 3205 | VAULT COMICS | 1 | COMICS | 358 |
| STL170628 | RESONANT #6 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 356 |
| STL208443 | BARBARIC #3 CVR A DLX B&W ED | 3205 | VAULT COMICS | 1 | COMICS | 353 |
| STL286776 | BEYOND REAL #1 CVR A PEARSON ( | 3205 | VAULT COMICS | 1 | COMICS | 352 |
| STL104260 | FEARSCAPE #4 CVR A MUTTI VAR ( | 3205 | VAULT COMICS | 1 | COMICS | 342 |
| STL211135 | ENGINEWARD TP COMPLETE SERIES | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 337 |
| STL131730 | SERA & ROYAL STARS TP VOL 01 ( | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 337 |
| STL028864 | ATOLL #1 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 330 |
| STL076361 | ALIEN BOUNTY HUNTER TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 318 |
| STL168384 | VAMPIRE THE MASQUERADE #2 FOC | 3205 | VAULT COMICS | 1 | COMICS | 318 |
| STL206907 | BARBARIC #2 DLX B&W ED CVR A | 3205 | VAULT COMICS | 1 | COMICS | 318 |
| STL190199 | MONEY SHOT #13 CVR A LAYNE (MR | 3205 | VAULT COMICS | 1 | COMICS | 312 |
| STL186549 | WASTED SPACE TP VOL 04 (C: 0-1 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 306 |
| STL278294 | BARBARIC WRONG KIND OF RIGHTEO | 3205 | VAULT COMICS | 1 | COMICS | 303 |
| STL199837 | BARBARIC #1 DLX B&W ED CVR A | 3205 | VAULT COMICS | 1 | COMICS | 300 |
| STL218982 | WEST OF SUNDOWN #2 CVR C SEELE | 3205 | VAULT COMICS | 1 | COMICS | 300 |
| STL259946 | MINDSET THE COMPLETE SERIES TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 299 |
| STL190212 | LAST BOOK YOULL EVER READ #1 C | 3205 | VAULT COMICS | 1 | COMICS | 299 |
| STL233905 | BARBARIC AXE TO GRIND #2 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 299 |
| STL190211 | LAST BOOK YOULL EVER READ #1 C | 3205 | VAULT COMICS | 1 | COMICS | 290 |
| STL262375 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 287 |
| STL206934 | BARBARIC #2 DLX B&W ED CVR B B | 3205 | VAULT COMICS | 1 | COMICS | 286 |
| STL199976 | LAST BOOK YOULL EVER READ #4 C | 3205 | VAULT COMICS | 1 | COMICS | 282 |
| STL170610 | DEVILS RED BRIDE #3 CVR A BIVE | 3205 | VAULT COMICS | 1 | COMICS | 278 |
| STL095789 | DEUCE OF HEARTS TP (C: 0-1-2) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 276 |
| STL167013 | DARK INTERLUDE #1 CVR A KRISTA | 3205 | VAULT COMICS | 1 | COMICS | 272 |
| STL262376 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 271 |
| STL322343 | BEYOND REAL COMPLETE SERIES TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 268 |
| STL208448 | BARBARIC #3 CVR B DLX ED B&W B | 3205 | VAULT COMICS | 1 | COMICS | 266 |
| STL136016 | TEST #1 (2ND PTG) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 263 |
| STL141699 | BLACK STARS ABOVE #3 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 260 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL125572 | SHE SAID DESTROY #4 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 245 |
| STL286783 | SOMETHING CRAWLED OUT #1 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 239 |
| STL175486 | I WALK WITH MONSTERS #3 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 239 |
| STL199843 | BARBARIC #2 CVR C BLACK BAG VA | 3205 | VAULT COMICS | 1 | COMICS | 237 |
| STL082473 | DEEP ROOTS #3 CVR A STRIPS (MR | 3205 | VAULT COMICS | 1 | COMICS | 237 |
| STL283904 | SAINTED LOVE #1 CVR A GIOPOTA | 3205 | VAULT COMICS | 1 | COMICS | 231 |
| STL197274 | MONEY SHOT #15 CVR A LAYNE (MR | 3205 | VAULT COMICS | 1 | COMICS | 230 |
| STL120763 | TEST #1 CVR B (MR) | 3205 | VAULT COMICS | 1 | COMICS | 229 |
| STL170611 | DEVILS RED BRIDE #3 CVR B DANI | 3205 | VAULT COMICS | 1 | COMICS | 228 |
| STL184200 | I WALK WITH MONSTERS #6 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 227 |
| STL193721 | BARBARIC #3 CVR A GOODEN | 3205 | VAULT COMICS | 1 | COMICS | 225 |
| STL138378 | WASTED SPACE #12 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 224 |
| STL207422 | LAST BOOK YOULL EVER READ #3 C | 3205 | VAULT COMICS | 1 | COMICS | 224 |
| STL186885 | MONEY SHOT #11 CVR B POLYBAG B | 3205 | VAULT COMICS | 1 | COMICS | 221 |
| STL129967 | QUEEN OF BAD DREAMS #4 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 219 |
| STL289301 | BEYOND REAL #2 CVR A PEARSON | 3205 | VAULT COMICS | 1 | COMICS | 218 |
| STL167014 | DARK INTERLUDE #1 CVR B DANIEL | 3205 | VAULT COMICS | 1 | COMICS | 215 |
| STL167001 | WASTED SPACE #17 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 214 |
| STL154355 | FINGER GUNS #1 CVR C HICKMAN W | 3205 | VAULT COMICS | 1 | COMICS | 213 |
| STL164204 | SHADOW SERVICE #1 CVR C ISAACS | 3205 | VAULT COMICS | 1 | COMICS | 210 |
| STL222907 | QUESTS ASIDE #2 CVR B DIALYNAS | 3205 | VAULT COMICS | 1 | COMICS | 208 |
| STL265935 | MONEY SHOT COMES AGAIN #2 CVR | 3205 | VAULT COMICS | 1 | COMICS | 208 |
| STL164625 | WASTED SPACE #16 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 207 |
| STL182899 | I WALK WITH MONSTERS #5 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 204 |
| STL174283 | DEVILS RED BRIDE #4 CVR B DANI | 3205 | VAULT COMICS | 1 | COMICS | 203 |
| STL164613 | MONEY SHOT #9 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 202 |
| STL124974 | SHE SAID DESTROY TP VOL 01 (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 201 |
| STL032605 | FISSURE #1 | 3205 | VAULT COMICS | 1 | COMICS | 200 |
| STL112327 | VAGRANT QUEEN #6 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 200 |
| STL193722 | BARBARIC #3 CVR B HIXSON | 3205 | VAULT COMICS | 1 | COMICS | 195 |
| STL237056 | BARBARIC AXE TO GRIND #3 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 192 |
| STL136637 | WASTED SPACE #11 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 191 |
| STL104440 | FRIENDO #4 CVR A SIMMONDS (MR) | 3205 | VAULT COMICS | 1 | COMICS | 186 |
| STL342265 | GOOBERS #1 CVR J BARF BAG CAHO | 3205 | VAULT COMICS | 1 | COMICS | 180 |
| STL110768 | QUEEN OF BAD DREAMS #1 CVR A ( | 3205 | VAULT COMICS | 1 | COMICS | 180 |
| STL124108 | CULT CLASSIC RETURN TO WHISPER | 3205 | VAULT COMICS | 1 | COMICS | 179 |
| STL306690 | BARBARIC BORN IN BLOOD #2 CVR | 3205 | VAULT COMICS | 1 | COMICS | 178 |
| STL154850 | MONEY SHOT #6 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 178 |
| STL262374 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 178 |
| STL107783 | FEARSCAPE #5 CVR A KRISTANTINA | 3205 | VAULT COMICS | 1 | COMICS | 178 |
| STL167015 | DARK INTERLUDE #1 CVR C ISAACS | 3205 | VAULT COMICS | 1 | COMICS | 176 |
| STL120359 | THESE SAVAGE SHORES #1 B&W ED | 3205 | VAULT COMICS | 1 | COMICS | 175 |
| STL149172 | WASTED SPACE #15 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 174 |
| STL120762 | TEST #1 CVR A (MR) | 3205 | VAULT COMICS | 1 | COMICS | 171 |
| STL262372 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 168 |
| STL211134 | MONEY SHOT TP VOL 03 (MR) (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 164 |
| STL088561 | SONGS FOR THE DEAD TP (MR) (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 164 |
| STL144379 | WASTED SPACE #14 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 164 |
| STL110765 | WASTED SPACE #8 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 163 |
| STL144427 | FINGER GUNS #1 CVR A FLIP COVE | 3205 | VAULT COMICS | 1 | COMICS | 160 |
| STL107786 | WASTED SPACE #7 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 160 |
| STL104454 | WASTED SPACE #6 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 159 |
| STL175290 | GIGA #1 DLX FOIL 2ND PTG | 3205 | VAULT COMICS | 1 | COMICS | 159 |
| STL180241 | I WALK WITH MONSTERS #4 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 151 |
| STL184201 | I WALK WITH MONSTERS #6 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 151 |
| STL170622 | VAMPIRE THE MASQUERADE #5 CVR | 3205 | VAULT COMICS | 1 | COMICS | 150 |
| STL107784 | FRIENDO #5 CVR A SIMMONDS (MR) | 3205 | VAULT COMICS | 1 | COMICS | 147 |

56219546.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL325640 | DEATHSTALKER #1 2ND PRT (MR) | 3205 | VAULT COMICS | 1 | COMICS | 145 |
| STL141703 | WASTED SPACE #13 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 143 |
| STL080063 | ZOJAQAN COMPLETE SERIES TP (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 143 |
| STL172474 | AUTUMNAL #1 SIMMONDS FOIL VAR | 3205 | VAULT COMICS | 1 | COMICS | 143 |
| STL126192 | THESE SAVAGE SHORES #2 (3RD PT | 3205 | VAULT COMICS | 1 | COMICS | 140 |
| STL166989 | DEVILS RED BRIDE #2 CVR A BIVE | 3205 | VAULT COMICS | 1 | COMICS | 139 |
| STL256106 | BARBARIC HELL TO PAY #2 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 138 |
| STL129960 | CULT CLASSIC RETURN TO WHISPER | 3205 | VAULT COMICS | 1 | COMICS | 138 |
| STL270511 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 136 |
| STL129965 | SHE SAID DESTROY #5 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 136 |
| STL157066 | MONEY SHOT #7 (RES) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 130 |
| STL113715 | QUEEN OF BAD DREAMS #1 CVR B ( | 3205 | VAULT COMICS | 1 | COMICS | 130 |
| STL233930 | HUMAN REMAINS COMPLETE SERIES | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 129 |
| STL129963 | RESONANT #3 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 129 |
| STL265937 | MONEY SHOT COMES AGAIN #2 CVR | 3205 | VAULT COMICS | 1 | COMICS | 128 |
| STL089883 | DEEP ROOTS #1 GOODEN VAR (2ND | 3205 | VAULT COMICS | 1 | COMICS | 128 |
| STL166990 | DEVILS RED BRIDE #2 CVR B GOOD | 3205 | VAULT COMICS | 1 | COMICS | 124 |
| STL175475 | DEVILS RED BRIDE #5 CVR A BIVE | 3205 | VAULT COMICS | 1 | COMICS | 118 |
| STL193726 | MONEY SHOT #14 CVR B BLACK BAG | 3205 | VAULT COMICS | 1 | COMICS | 116 |
| STL113707 | WASTED SPACE #9 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 115 |
| STL175481 | RESONANT #8 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 115 |
| STL336722 | GODFATHER OF HELL #1 CVR B GOO | 3205 | VAULT COMICS | 1 | COMICS | 114 |
| STL265936 | MONEY SHOT COMES AGAIN #2 CVR | 3205 | VAULT COMICS | 1 | COMICS | 114 |
| STL240151 | NIGHTFALL DOUBLE FEATURE #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 114 |
| STL222879 | WEST OF SUNDOWN #3 CVR C SEELE | 3205 | VAULT COMICS | 1 | COMICS | 112 |
| STL186544 | WITCHBLOOD #4 CVR B STERLE | 3205 | VAULT COMICS | 1 | COMICS | 111 |
| STL091487 | DEEP ROOTS #5 CVR A STRIPS (MR | 3205 | VAULT COMICS | 1 | COMICS | 106 |
| STL266059 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 103 |
| STL082474 | DEEP ROOTS #3 CVR B RODRIGUES | 3205 | VAULT COMICS | 1 | COMICS | 103 |
| STL175476 | DEVILS RED BRIDE #5 CVR B DANI | 3205 | VAULT COMICS | 1 | COMICS | 103 |
| STL175621 | DARK INTERLUDE #1 15 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 100 |
| STL175289 | GIGA #1 2ND PTG | 3205 | VAULT COMICS | 1 | COMICS | 100 |
| STL199977 | WITCHBLOOD #7 CVR A STERLE | 3205 | VAULT COMICS | 1 | COMICS | 98 |
| STL295240 | BEYOND REAL #3 CVR A PEARSON | 3205 | VAULT COMICS | 1 | COMICS | 97 |
| STL240152 | WE RIDE TITANS TP VOL 01 (C: 0 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 96 |
| STL186886 | MONEY SHOT #11 CVR C POLYBAG L | 3205 | VAULT COMICS | 1 | COMICS | 94 |
| STL186887 | MONEY SHOT #11 CVR D POLYBAG S | 3205 | VAULT COMICS | 1 | COMICS | 94 |
| STL175850 | I WALK WITH MONSTERS #1 CVR D | 3205 | VAULT COMICS | 1 | COMICS | 92 |
| STL278283 | MONEY SHOT COMES AGAIN #4 CVR | 3205 | VAULT COMICS | 1 | COMICS | 90 |
| STL199828 | BARBARIC #1 2ND PTG | 3205 | VAULT COMICS | 1 | COMICS | 89 |
| STL214675 | LUNAR ROOM #1 CVR G WOLF DLX F | 3205 | VAULT COMICS | 1 | COMICS | 89 |
| STL088551 | SUBMERGED #2 (OF 4) CVR A BART | 3205 | VAULT COMICS | 1 | COMICS | 87 |
| STL240150 | NIGHTFALL DOUBLE FEATURE #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 87 |
| STL136445 | RESONANT #1 (2ND PTG) (MR) | 3205 | VAULT COMICS | 1 | COMICS | 85 |
| STL275693 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 83 |
| STL174292 | RESONANT #7 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 83 |
| STL104624 | VAGRANT QUEEN TP VOL 01 (C: 0- | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 80 |
| STL085193 | DEEP ROOTS #4 CVR A STRIPS (MR | 3205 | VAULT COMICS | 1 | COMICS | 80 |
| STL240156 | FEARSCAPE TP VOL 02 A DARK INT | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 80 |
| STL186556 | BARBARIC #1 CVR G 50 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 76 |
| STL214673 | LUNAR ROOM #1 CVR E DAWN 25 CO | 3205 | VAULT COMICS | 1 | COMICS | 76 |
| STL214674 | LUNAR ROOM #1 CVR F WOLF VAR 5 | 3205 | VAULT COMICS | 1 | COMICS | 76 |
| STL088552 | SUBMERGED #2 (OF 4) CVR B STER | 3205 | VAULT COMICS | 1 | COMICS | 74 |
| STL262388 | END AFTER END TP VOL 01 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 72 |
| STL175622 | DARK INTERLUDE #1 30 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 71 |
| STL291935 | UNNATURAL ORDER #1 CVR A RODRI | 3205 | VAULT COMICS | 1 | COMICS | 70 |
| STL214672 | LUNAR ROOM #1 CVR D PACE 10 CO | 3205 | VAULT COMICS | 1 | COMICS | 67 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL186546 | MONEY SHOT #12 CVR B BLACK BAG | 3205 | VAULT COMICS | 1 | COMICS | 65 |
| STL091422 | FEARSCAPE #1 CVR A KRISTANTINA | 3205 | VAULT COMICS | 1 | COMICS | 65 |
| STL125573 | TEST #3 (MR) | 3205 | VAULT COMICS | 1 | COMICS | 65 |
| STL186548 | HOLLOW HEART #5 CVR B HICKMAN | 3205 | VAULT COMICS | 1 | COMICS | 64 |
| STL280860 | UNNATURAL ORDER #3 CVR A RODRI | 3205 | VAULT COMICS | 1 | COMICS | 64 |
| STL088554 | WASTED SPACE #5 CVR B SHERMAN | 3205 | VAULT COMICS | 1 | COMICS | 63 |
| STL107785 | FRIENDO #5 CVR B MCLEAN (MR) | 3205 | VAULT COMICS | 1 | COMICS | 62 |
| STL316069 | BEYOND REAL #5 CVR A PEARSON | 3205 | VAULT COMICS | 1 | COMICS | 61 |
| STL265931 | DOOR TO DOOR NIGHT BY NIGHT #6 | 3205 | VAULT COMICS | 1 | COMICS | 61 |
| STL283905 | SAINTED LOVE #1 CVR B REGIS (M | 3205 | VAULT COMICS | 1 | COMICS | 59 |
| STL082475 | VAGRANT QUEEN #2 CVR A ALTERIC | 3205 | VAULT COMICS | 1 | COMICS | 57 |
| STL183630 | HOLLOW HEART #1 CVR C 15 COPY | 3205 | VAULT COMICS | 1 | COMICS | 57 |
| STL161625 | PLOT TP VOL 02 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 56 |
| STL098772 | FRIENDO #3 CVR A SIMMONDS (MR) | 3205 | VAULT COMICS | 1 | COMICS | 56 |
| STL045453 | FISSURE TP VOL 01 (MR) (C: 0-1 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STL266078 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 55 |
| STL079442 | WASTED SPACE #2 CVR A (MR) | 3205 | VAULT COMICS | 1 | COMICS | 55 |
| STL147778 | BONDING PEOPLE & THEIR PARASIT | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STL237057 | BARBARIC AXE TO GRIND #3 CVR B | 3205 | VAULT COMICS | 1 | COMICS | 53 |
| STL286778 | BEYOND REAL #1 CVR B MASCOLO P | 3205 | VAULT COMICS | 1 | COMICS | 53 |
| STL253715 | LCSD 2022 DOOR TO DOOR NIGHT B | 3205 | VAULT COMICS | 1 | COMICS | 53 |
| STL164234 | SHADOW SERVICE #2 CVR B ISAACS | 3205 | VAULT COMICS | 1 | COMICS | 52 |
| STL095740 | SUBMERGED #4 (OF 4) CVR A BART | 3205 | VAULT COMICS | 1 | COMICS | 52 |
| STL197275 | MONEY SHOT #15 CVR B BLACK BAG | 3205 | VAULT COMICS | 1 | COMICS | 51 |
| STL161622 | HEIST OR HOW TO STEAL A PLANET | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 50 |
| STL186882 | BLUE FLAME #1 CVR E 30 COPY IN | 3205 | VAULT COMICS | 1 | COMICS | 50 |
| STL218691 | WE RIDE TITANS #1 CVR F WILSON | 3205 | VAULT COMICS | 1 | COMICS | 50 |
| STL275694 | QUEEN OF SWORDS BARBARIC STORY | 3205 | VAULT COMICS | 1 | COMICS | 48 |
| STL218692 | WE RIDE TITANS #1 CVR G WILSON | 3205 | VAULT COMICS | 1 | COMICS | 48 |
| STL278290 | UNNATURAL ORDER #2 CVR A RODRI | 3205 | VAULT COMICS | 1 | COMICS | 47 |
| STL104441 | FRIENDO #4 CVR B MCLEAN (MR) | 3205 | VAULT COMICS | 1 | COMICS | 46 |
| STL174285 | ENGINEWARD #7 CVR B HICKMAN | 3205 | VAULT COMICS | 1 | COMICS | 45 |
| STL141226 | MONEY SHOT TP VOL 01 (MR) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 44 |
| STL186532 | BLUE FLAME #2 CVR A GORHAM | 3205 | VAULT COMICS | 1 | COMICS | 43 |
| STL297163 | DOOR TO DOOR NIGHT BY NIGHT TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 43 |
| STL336728 | GODFATHER OF HELL #1 CVR H WU | 3205 | VAULT COMICS | 1 | COMICS | 43 |
| STL197252 | I WALK WITH MONSTERS COMPLETE | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 43 |
| STL342263 | GOOBERS #1 CVR I BARF BAG GOOD | 3205 | VAULT COMICS | 1 | COMICS | 42 |
| STL289307 | UNNATURAL ORDER #4 CVR A RODRI | 3205 | VAULT COMICS | 1 | COMICS | 40 |
| STL297165 | MONEY SHOT TP VOL 04 (MR) (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 38 |
| STL270733 | DOOR TO DOOR NIGHT BY NIGHT TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 38 |
| STL197249 | HOLLOW HEART COMPLETE TP (MR) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL278285 | MONEY SHOT COMES AGAIN #4 CVR | 3205 | VAULT COMICS | 1 | COMICS | 37 |
| STL098773 | FRIENDO #3 CVR B MCLEAN (MR) | 3205 | VAULT COMICS | 1 | COMICS | 37 |
| STL150772 | HEATHEN TP VOL 03 (C: 0-1-1) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 36 |
| STL259905 | BARBARIC HELL TO PAY #3 CVR A | 3205 | VAULT COMICS | 1 | COMICS | 36 |
| STL197247 | SHADOW SERVICE TP VOL 02 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 36 |
| STL082476 | VAGRANT QUEEN #2 CVR B SMITH ( | 3205 | VAULT COMICS | 1 | COMICS | 36 |
| STL265946 | NIGHTFALL DOUBLE FEATURE #4 CV | 3205 | VAULT COMICS | 1 | COMICS | 35 |
| STL182906 | DARK INTERLUDE #5 CVR B ISAACS | 3205 | VAULT COMICS | 1 | COMICS | 33 |
| STL091418 | FRIENDO #2 CVR A SIMMONDS (MR) | 3205 | VAULT COMICS | 1 | COMICS | 32 |
| STL345387 | GODFATHER OF HELL #1 CVR J GOO | 3205 | VAULT COMICS | 1 | COMICS | 31 |
| STL330298 | GOOBERS #1 CVR C 5 COPY INCV A | 3205 | VAULT COMICS | 1 | COMICS | 31 |
| STL330299 | GOOBERS #1 CVR D 10 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 31 |
| STL095786 | CULT CLASSIC RETURN TO WHISPER | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 30 |
| STL104623 | FRIENDO TP VOL 01 (MR) (C: 0-1 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 30 |
| STL091419 | FRIENDO #2 CVR B MCLEAN (MR) | 3205 | VAULT COMICS | 1 | COMICS | 30 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL199989 | BARBARIC MURDERABLE OFFENSES H | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 29 |
| STL343509 | HYSTERIA #0 CVR A SCHLITZ & CA | 3205 | VAULT COMICS | 1 | COMICS | 28 |
| STL147777 | BLACK STARS ABOVE TP VOL 01 (C | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 28 |
| STL336724 | GODFATHER OF HELL #1 CVR D 10 | 3205 | VAULT COMICS | 1 | COMICS | 28 |
| STL326366 | DYING INSIDE TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 27 |
| STL302038 | DENIZEN TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 27 |
| STL207696 | LUNAR ROOM #2 CVR B HOWELL | 3205 | VAULT COMICS | 1 | COMICS | 27 |
| STL297185 | GODFELL TP COMPLETE SERIES (C: | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 27 |
| STL186883 | BLUE FLAME #1 CVR F 50 COPY IN | 3205 | VAULT COMICS | 1 | COMICS | 26 |
| STL222875 | SHADOW SERVICE #12 CVR B HOWEL | 3205 | VAULT COMICS | 1 | COMICS | 24 |
| STL256113 | GODFELL #1 CVR C 10 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 24 |
| STL322326 | BARBARIC VS DEATHSTALKER #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 23 |
| STL080060 | HEATHEN TP VOL 02 (C: 0-1-2) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 22 |
| STL246615 | NIGHTFALL DOUBLE FEATURE #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 21 |
| STL237080 | NASTY #1 CVR G 75 COPY INCV AL | 3205 | VAULT COMICS | 1 | COMICS | 21 |
| STL316080 | SAINTED LOVE TP VOL 01 (MR) (C | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 19 |
| STL233927 | BLUE FLAME COMPLETE SERIES TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 19 |
| STL091421 | SUBMERGED #3 (OF 4) CVR B STER | 3205 | VAULT COMICS | 1 | COMICS | 19 |
| STL237076 | NASTY #1 CVR F 50 COPY INCV SA | 3205 | VAULT COMICS | 1 | COMICS | 19 |
| STL306777 | DEATHSTALKER #1 CVR D GANAS PR | 3205 | VAULT COMICS | 1 | COMICS | 19 |
| STL326349 | BARBARIC TP VOL 04 BORN IN BLO | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 18 |
| STL330304 | DEATHSTALKER COMPLETE SERIES T | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 18 |
| STL167248 | BLEED THEM DRY TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 18 |
| STL330300 | GOOBERS #1 CVR E 15 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 18 |
| STL153169 | DARK ONE HC VOL 01 BRANDON SAN | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 18 |
| STL085195 | VAGRANT QUEEN #3 CVR A ALTERIC | 3205 | VAULT COMICS | 1 | COMICS | 18 |
| STL300578 | BEYOND REAL #2 CVR C BOYLE PRE | 3205 | VAULT COMICS | 1 | COMICS | 18 |
| STL283916 | QUEEN OF SWORDS A BARBARIC STO | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 17 |
| STL193727 | WASTED SPACE #23 CVR A SHERMAN | 3205 | VAULT COMICS | 1 | COMICS | 16 |
| STL226041 | WEST OF SUNDOWN #1 CVR G PACE | 3205 | VAULT COMICS | 1 | COMICS | 16 |
| STL300580 | BEYOND REAL #2 CVR E BOYLE PRE | 3205 | VAULT COMICS | 1 | COMICS | 16 |
| STL045454 | HEATHEN TP VOL 01 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 15 |
| STL270514 | WEST OF SUNDOWN TP VOL 02 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 15 |
| STL280855 | MONEY SHOT COMES AGAIN #5 CVR | 3205 | VAULT COMICS | 1 | COMICS | 15 |
| STL330301 | GOOBERS #1 CVR F 25 COPY INCV | 3205 | VAULT COMICS | 1 | COMICS | 15 |
| STL199987 | RESONANT TP VOL 02 (MR) (C: 0- | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 15 |
| STL316070 | BEYOND REAL #5 CVR B KANGAS PR | 3205 | VAULT COMICS | 1 | COMICS | 14 |
| STL186884 | BLUE FLAME #1 CVR G 75 COPY IN | 3205 | VAULT COMICS | 1 | COMICS | 14 |
| STL300579 | BEYOND REAL #2 CVR D FEJZULA P | 3205 | VAULT COMICS | 1 | COMICS | 14 |
| STL336715 | LILITH #2 CVR D 20 COPY INCV V | 3205 | VAULT COMICS | 1 | COMICS | 13 |
| STL157069 | BLEED THEM DRY #1 CVR A RUAN ( | 3205 | VAULT COMICS | 1 | COMICS | 12 |
| STL246616 | NIGHTFALL DOUBLE FEATURE #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 12 |
| STL283915 | BARBARIC TP VOL 03 HELL TO PAY | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 11 |
| STL233868 | END AFTER END #1 CVR H 100 COP | 3205 | VAULT COMICS | 1 | COMICS | 10 |
| STL316071 | BEYOND REAL #5 CVR C KANGAS PR | 3205 | VAULT COMICS | 1 | COMICS | 9 |
| STL197240 | VAMPIRE THE MASQUERADE TP VOL | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 8 |
| STL095741 | SUBMERGED #4 (OF 4) CVR B STER | 3205 | VAULT COMICS | 1 | COMICS | 8 |
| STL262380 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 8 |
| STL345386 | GODFATHER OF HELL #1 CVR I HOW | 3205 | VAULT COMICS | 1 | COMICS | 7 |
| STL246617 | NIGHTFALL DOUBLE FEATURE #1 CV | 3205 | VAULT COMICS | 1 | COMICS | 7 |
| STL337799 | DYING INSIDE TP DIRECT MARKET | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 6 |
| STL268650 | DARK ONE TP VOL 01 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 6 |
| STL230587 | FOX AND HARE #1 CVR G BARTEL 7 | 3205 | VAULT COMICS | 1 | COMICS | 6 |
| STL230592 | FOX AND HARE #1 CVR H BARTEL D | 3205 | VAULT COMICS | 1 | COMICS | 6 |
| STL286782 | BEYOND REAL #1 CVR F CORONA AL | 3205 | VAULT COMICS | 1 | COMICS | 6 |
| STL229748 | RUSH COMPLETE SERIES TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 5 |
| STL233929 | LAST BOOK YOULL EVER READ COMP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 5 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL286781 | BEYOND REAL #1 CVR E VECCHIO A | 3205 | VAULT COMICS | 1 | COMICS | 5 |
| STL310004 | NASTY COMPLETE SERIES TP (C: 0 | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 4 |
| STL278622 | RESONANT COMPLETE SERIES TP | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 4 |
| STL336714 | LILITH #2 CVR C 10 COPY INCV H | 3205 | VAULT COMICS | 1 | COMICS | 2 |
| STL161626 | VAGRANT QUEEN TP VOL 02 A PLAN | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 2 |
| STL210556 | RUSH #1 CVR F ROBERTSON 1:50 V | 3205 | VAULT COMICS | 1 | COMICS | 2 |
| STL262379 | MONEY SHOT COMES AGAIN #1 CVR | 3205 | VAULT COMICS | 1 | COMICS | 2 |
| STL144381 | SERA & ROYAL STARS #6 | 3205 | VAULT COMICS | 1 | COMICS | 1 |
| STL197238 | AUTUMNAL TP (C: 0-1-2) | 3205 | VAULT COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1 |
| STL306781 | DEATHSTALKER #1 CVR G SANJI PR | 3205 | VAULT COMICS | 1 | COMICS | 1 |

56219546.1 09/08/2025